■ In the Matter of JOHN LEGGIO, Petitioner, v DANIEL D. HOGAN, as Chairman of New York State Racing & Wagering Board, et al., Respondents. [872 NYS2d 321]—

Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Kevin M. Dillon, J.], entered August 7, 2008) to annul a determination of respondents. The determination, inter alia, revoked petitioner's license to participate in pari-mutuel harness racing as an owner and trainer.

It is hereby ordered that the determination is unanimously confirmed without costs and the amended petition is dismissed.

Memorandum: Petitioner commenced this CPLR article 78 proceeding seeking to annul the determination that he violated 9 NYCRR 4120.13 (a) by permitting one of his horses to race with a total carbon dioxide level (TCO2) in excess of 37 mil-

limoles per liter, according to TCO2 blood sample testing. Contrary to petitioner's contention, the determination is supported by substantial evidence (*see generally 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 181-182 [1978]). Also contrary to petitioner's contention, the penalty of revocation of petitioner's license is not "so disproportionate to the offense as to be shocking to one's sense of fairness" (*Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County*, 34 NY2d 222, 237 [1974]; *see Matter of Patistas v New York State Racing & Wagering Bd.*, 1 AD3d 1003 [2003], *lv denied* 1 NY3d 508 [2004]; *see generally Matter of Kelly v Safir*, 96 NY2d 32, 38-40 [2001], *rearg denied* 96 NY2d 854 [2001]). Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.